**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SAM J. PEARSON, IV,

    Plaintiff,

vs.                                    Case No. 3:10cv348/MCR/EMT

JOYCE H. WILLIAMS,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 16, 2011 (Doc. 20).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** for the failure to state a claim for relief and for seeking monetary relief against a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

**DONE AND ORDERED** this 28th day of March, 2011.

                                         s/ *M. Casey Rodgers*
                                         **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**